| | |
|---|---|
| CHRISTINE TROMBLEY, | Civil No. 10-3089 (JRT/JJG) |
| Plaintiff, | |
| v. | **DISMISSAL ORDER** |
| SUNTRUST MORTGAGE, INC. AND GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, | |
| Defendants. | |

_____

> Jane Bowman and Kari Annette Rudd, **HOUSING PRESERVATION PROJECT,** 570 Asbury Street, Suite 105, St. Paul, MN 55104, for plaintiff.
>
> Brent Lindahl, **BRIGGS & MORGAN, PA,** 80 South Eight Street, Suite 2200, Minneapolis, MN 55402, for Defendant SunTrust Mortgage, Inc.
>
> Roylene Champeaux, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for Defendant Government National Mortgage Association.

Based upon the Disclaimer of Interest by the defendant Government National Mortgage Association, a federal agency within the United States Department of Housing and Urban Development, dated September 24, 2009 [Docket No. 15], no objection by the plaintiff, and for good cause shown;

**IT IS HEREBY ORDERED** that the defendant Government National Mortgage Association is dismissed from this action with prejudice.

DATED: October 8, 2010
at Minneapolis, Minnesota.            s/ John R. Tunheim
                                                      JOHN R. TUNHEIM
                                                 United States District Judge